**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rotech Healthcare Inc.   v.   United States

No. 15-5113

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Rotech Healthcare Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: David R. Hazelton
Law firm: Latham & Watkins LLP
Address: 555 11th Street, NW, Suite 1000
City, State and ZIP: Washington, DC 20004
Telephone: (202) 637-2254
Fax #: (202) 637-2201
E-mail address: david.hazelton@lw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Sept. 21, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/30/2015                              s/David R. Hazelton
Date                                   Signature of pro se or counsel

cc: Counsel of Record via ECF

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of July, 2015, I caused a copy of the foregoing to be served by electronic means via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                                    __s/David R. Hazelton____
                                                    David R. Hazelton
                                                    LATHAM & WATKINS LLP
                                                    555 Eleventh Street, NW
                                                    Suite 1000
                                                    Washington, D.C. 20004-1304
                                                    Direct Dial: (202) 637-2254
                                                    Facsimile: (202) 637-2201
                                                    david.hazelton@lw.com

                                                    *Counsel for Appellee Rotech Healthcare Inc.*