**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rotech Healthcare Inc.     v.   United States

No. 15-5113

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Rotech Healthcare Inc.
                                                                         Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Dean W. Baxtresser |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 11th Street, NW, Suite 1000 |
| City, State and ZIP: | Washington, DC 20004 |
| Telephone: | (202) 637-2110 |
| Fax #: | (202) 637-2201 |
| E-mail address: | dean.baxtresser@lw.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Dec. 16, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 7/30/2015 | s/Dean W. Baxtresser |
| Date | Signature of pro se or counsel |

cc: Counsel of Record via ECF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2015, I caused a copy of the foregoing to be served by electronic means via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

    s/Dean W. Baxtresser
Dean W. Baxtresser
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2110
Facsimile: (202) 637-2201
dean.baxtresser@lw.com

*Counsel for Appellee Rotech Healthcare Inc.*